IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HAROLD HEMPSTEAD,
    Plaintiff,

vs.                                  Case No.:  5:06cv68/MCR/EMT

STEPHEN CARTER, et al.,
    Defendants

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 26, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's Motion for Emergency Temporary Restraining Order (Doc. 12) is **DENIED**.

    **DONE AND ORDERED** this 24th day of August, 2006.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**