IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HAROLD HEMPSTEAD,
    Plaintiff,

vs.                                    Case No: 5:06cv68/MCR/EMT

STEPHEN CARTER, et al.,
    Defendants.
_____/

## **ORDER**

This cause is before the court on Plaintiff's "Motion Requesting Leave of the Court to File a Complaint that will Exceed Twenty-Five (25) Pages but Won't Exceed Thirty-Five (35) Pages" (Doc. 33).  As Plaintiff has shown good cause, his motion will be granted.

However, Plaintiff is reminded that Rule 5.1(J) of the Local Rules for the Northern District of Florida provides that pro se complaints filed under section 1983 shall not be considered by the court unless the appropriate form has been properly completed and filed by the litigant.  In particular, as Plaintiff was previously advised (*see* Doc. 32), he must properly complete page 8 of the form.  Plaintiff should state his claims <u>briefly</u> in the Statement of Claims section and should also complete the Relief Requested section, <u>without attaching additional pages to complete those sections</u>.  For example, it appears that Plaintiff is requesting the same relief from each Defendant, so he should not separately state the relief requested for each individual Defendant.  Plaintiff should be able to delete five pages from his complaint by properly utilizing the form.  Additionally, while Plaintiff may attach an explanation regarding his attempt to exhaust his administrative remedies, he should not include a memorandum of law or cite to any cases in his complaint.  Thus, it appears that Plaintiff's "Exhaustion Memorandum" can be shortened by at least two pages.  Finally, Plaintiff should attempt to include  in the Statement of Facts section a <u>brief</u> description of only the facts

<u>relevant</u> to his claim.  Plaintiff should not include facts that are not relevant to his claim.  For example, paragraphs seven through nineteen of Plaintiff's complaint do not appear to be relevant to Plaintiff's claims, so these paragraphs should be deleted.

   Accordingly, it is **ORDERED**:

   1. Plaintiff's "Motion Requesting Leave of the Court to File a Complaint that will Exceed Twenty-Five (25) Pages but Won't Exceed Thirty-Five (35) Pages" (Doc. 33) is **GRANTED**.

   2. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall file an amended civil rights complaint, which shall be typed or clearly written, submitted on the court form, and marked "Third Amended Complaint."  The complaint shall not exceed thirty-five pages.  In the alternative, Plaintiff shall file a notice of voluntary dismissal within the same time period.

   3. Failure to comply with this order may result in dismissal of this action.

   **DONE AND ORDERED** this <u>1st</u> day of November 2006.

            */s/ Elizabeth M. Timothy*
            **ELIZABETH M. TIMOTHY**
            **UNITED STATES MAGISTRATE JUDGE**