IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HAROLD HEMPSTEAD,
      Plaintiff,

vs.                                                    Case No.: 5:06cv68/MCR/EMT

STEPHEN CARTER, et al.,
      Defendants.

_____/

## O R D E R

Plaintiff, an inmate proceeding pro se and in forma pauperis, has filed the appropriate number of service copies of his third amended complaint (*see* Docs. 36, 37).  Upon consideration, dismissal of the complaint under 28 U.S.C. § 1915A does not appear appropriate.[1]  Service of the complaint shall therefore be ordered, and Defendants shall be required to respond.  Plaintiff shall not file any reply to Defendants' response until ordered to do so by the court.

Accordingly, it is **ORDERED**:

1.      The clerk shall issue summonses, indicating that Defendants have **SIXTY (60) DAYS** in which to file a responsive pleading (which in this case will be a written report as detailed *infra*), and refer the summonses to the United States Marshal along with the service copies of the third amended complaint (Doc. 36).

2.      The clerk shall also send the Marshal a copy of this order for each Defendant.

3.      Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Sheila Pelfrey** is specially appointed to serve process upon Defendants at Washington Correctional Institution.

---

[1]The court's ordering service of the complaint does not constitute a determination that Plaintiff fulfilled the exhaustion requirement set forth in 42 U.S.C. § 1997e(a).

4.      Within **THIRTY (30) DAYS** from the date of docketing of this Order, the United States Marshal or a Deputy United States Marshal shall serve a copy of the amended civil rights complaint, summons, and this Order upon Defendants.  Service shall be accomplished by mailing these documents by regular mail to the above named special process server, who shall serve the amended complaint.  All costs of service shall be advanced by the United States.

5.      Within **TEN (10) DAYS** after receipt of the amended complaint and this Order, the server shall serve the amended complaint upon Defendants, complete and sign the return of service, and return it to the clerk of court as proof of service.  Defendants shall also sign the return of service as an acknowledgment of receipt of service.

6.      Within **TEN (10) DAYS** after receipt of the amended complaint and this Order, if any Defendant is no longer employed at the Department of Corrections or is otherwise unable to be served, the server shall report this information to the clerk of the court.  **If service is returned unexecuted, the clerk shall immediately refer the file to chambers.**

7.      Each Defendant shall review the subject matter of the complaint in order to:

a.      ascertain the facts and circumstances surrounding the complaint;

b.      consider whether any action should be taken directly by prison officials to resolve the issues raised in the complaint; and

c.      determine whether other, similar complaints, whether pending in this Court or elsewhere, should be considered together.

8.      Within **SIXTY (60) DAYS** of receipt of the summonses, Defendants shall respond to the amended complaint either by filing a motion to dismiss the proceedings because Plaintiff has not exhausted administrative remedies or by filing a special report with the court, and a copy thereof to Plaintiff, containing the following:

a.      sworn statements of all persons having knowledge and relevant information of the subject matter of the complaint (authorization is hereby granted to interview all witnesses to the events of the complaint, including Plaintiff);

b.      copies of any written reports prepared as a result of investigation of the inmate's allegations;

> c.        all defenses, including immunity defenses (if not listed, such defenses may be considered waived);
>
> d.        where relevant, copies of medical or psychological or disciplinary records; and,
>
> e.        where applicable, copies of relevant administrative rules, regulations or guidelines.

Defendants are advised that, at some time in the future upon notice of the court, the special report may be deemed a motion for summary judgment.  Therefore, in addition to the above-mentioned items, the special report shall include any other Rule 56 materials that Defendants wish the court to consider.[2]

9.        No answer, motion to dismiss, motion for summary judgment, or request for discovery shall be served or filed by any party without permission of the court, except as set forth above.  If any such pleading or motion is sent to the court, the clerk shall not file or otherwise treat the pleading as a motion unless or until the court so orders.

10.        Plaintiff shall not file a reply to Defendants' motion to dismiss or special report until ordered to do so by the court.

11.        Once a special report is filed, no amendments to the complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint.

12.        Plaintiff shall be required to mail to the attorney for each Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the clerk of the court a certificate stating the date a correct copy of the paper was mailed to Defendants or to the attorney(s) representing Defendants. **Any paper so submitted for filing that does not contain a certificate of service shall be returned by the clerk and disregarded by the court**.

---

[2]The special report must contain a short and concise statement of the material facts and shall not merely re-assert Plaintiff's allegations.

13.     In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it.  If Plaintiff wishes to consent he should sign the form and forward it to counsel for a Defendant, who, if that Defendant consents, shall sign and forward it to counsel for the other Defendants, who shall return it to the clerk only if all Defendants consent.

**DONE AND ORDERED** this 29th day of November 2006.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**