# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

HAROLD HEMPSTEAD

     VS                                           Case No.  5:06cv68/MCR/EMT

STEPHEN CARTER, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     April 10, 2007

Type of Motion/Pleading:   Defendant Tate's MOTION TO ADOPT DEFENDANTS'
MOTION TO DISMISS DATED JANUARY 30, 2007

Filed by:    Defendant Tate     on  4/10/2007     Document    66

( )      Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

                    WILLIAM M. McCOOL, CLERK OF COURT

                    /s/ Teresa Milstead
                    Deputy Clerk

## ORDER

      Upon consideration of the foregoing, it is **ORDERED** this 13th day of April, 2007, that:

      Defendant Tate's Motion to Adopt Defendants' Motion to Dismiss Dated January 20, 2007
(Doc. 66) is **GRANTED**.

                    /s/ Elizabeth M. Timothy
                    **ELIZABETH M. TIMOTHY**
                    **UNITED STATES MAGISTRATE JUDGE**