IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HAROLD HEMPSTEAD,
    Plaintiff,

vs.                                Case No. 5:06cv68/MCR/EMT

STEPHEN CARTER,  et al.,
    Defendants.
_____/

**O R D E R**

    This cause is before the court upon Plaintiff's "Motion to Voluntarily Dismiss" (Doc. 72). Before the court rules on this matter, Defendants shall have an opportunity to respond.

    Accordingly, it is **ORDERED**:

    Defendants shall respond to Plaintiff's motion on or before **FRIDAY, MAY 18, 2007**.

    **DONE AND ORDERED** this 9th day of May 2007.

                                  /s/ *Elizabeth M. Timothy*
                                  **ELIZABETH M. TIMOTHY**
                                  **UNITED STATES MAGISTRATE JUDGE**