IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


HAROLD HEMPSTEAD,
      Plaintiff,

vs.                                Case No.:  5:06cv68/MCR/EMT

STEPHEN CARTER, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Plaintiff's motion to voluntarily dismiss the instant civil rights case, filed pursuant to 42 U.S.C. § 1983, without prejudice (Doc. 72).  Defendants have responded and indicated that they believe Plaintiff is entitled to voluntary dismissal of this action (*see* Doc. 74 at 1–2).

This court construes Plaintiff's motion as a notice of voluntary dismissal, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Rule 41(a)(1)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Although Defendants have been served, they have not yet filed an answer or a motion for summary judgment.  Thus, as noted by Defendants in their response to Plaintiff's motion (*see* Doc. 74, ¶ 5), it would appear that Plaintiff is entitled to voluntary dismissal of this action.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's motion to dismiss (Doc. 72), construed as a notice of voluntary dismissal, be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this <u>14</u><sup>th</sup> day of May 2007.


/s/ <i>Elizabeth M. Timothy</i>

**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**<u>NOTICE TO THE PARTIES</u>**

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**