IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HAROLD HEMPSTEAD,
     Plaintiff,

vs.                                                Case No.:  5:06cv68/MCR/EMT

STEPHEN CARTER, et al.,
     Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 14, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion to dismiss (Doc. 72), construed as a notice of voluntary dismissal, is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 15th day of June, 2007.

      s/ *M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**